OCTOBER 21, 1802.

# Richard Dean *v.* Wm. Dyer, Jr.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Green county.*

Where a replevin bond is taken for more money than is due it should be credited with the excess, and execution issue for what is due only.

The same principles on which the court decided the cause of *Dean* v. *Dyer, Sr.*, at the last term, are applied in deciding this cause.

In the replevy bond which was taken, there is an excess in charging the sheriff's commissions of eight shillings and four pence halfpenny, and he has also charged three shillings for taking the bond, when nothing was allowed by law.

The judgment is affirmed, and the defendant in this court, on giving a credit on the replevy bond for eleven shillings four pence half penny, may take out an execution for the balance and interest due thereon; and that each party pay their own costs in this behalf expended, which is ordered to be certified to the said court.